IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ANGELA GARRISON<br><br>Plaintiff,<br><br>vs<br><br>SAM'S EAST, INC.;<br>SAM'S EAST, INC. D/B/A SAM'S CLUB;<br>& WAL-MART STORES, INC.,<br>jointly and severally,<br><br>Defendants, | CASE NUMBER:<br><u>1:17-cv-381</u><br><br>**<u>JURY TRIAL REQUESTED</u>** |

# C O M P L A I N T

Comes now Plaintiff, ANGELA GARRISON, by and through the undersigned counsel, and files the following Complaint against Defendants, SAM'S EAST, INC., SAM'S EAST, INC. D/B/A SAM'S CLUB and WAL-MART STORES, INC., jointly and severally:

## **<u>PARTIES</u>**

1.  Plaintiff, ANGELA GARRISON, is an adult resident citizen of Daphne, (Baldwin County), Alabama, and was so at all times material hereto.

2.  Defendants, SAM'S EAST, INC. and SAM'S EAST, INC. D/B/A SAM'S CLUB (hereinafter referred to as "SAM'S"), is a foreign corporation authorized to conduct business in the State of Alabama, and was doing business at its SAM'S store #4990 located at 29683 Frederick Blvd. in Daphne, (Baldwin County), Alabama on September 12, 2015, and was responsible for the premises and the actions of those persons, employees and/or entities whose conduct caused and/or contributed to the incident made the basis of this Complaint, and which lead to the injuries and damages sustained by GARRISON.

1

3. Defendant, WAL-MART STORES, INC., (hereinafter referred to as "WAL-MART"), is a foreign corporation authorized to conduct business in the State of Alabama, and was doing business at store #4990 located at 29683 Frederick Blvd. in Daphne, (Baldwin County), Alabama on September 12, 2015, and was responsible for the premises and the actions of those persons, employees and/or entities whose conduct caused and/or contributed to the incident made the basis of this Complaint, and which lead to the injuries and damages sustained by GARRISON.

4. "Diversity of Citizenship" exists between the parties and, therefore, jurisdiction over the matters contained herein is appropriate pursuant to 28 U.S.C. §1332.

## FACTS

5. On September 12, 2015, GARRISON was a "business invitee" and was shopping at the SAM'S store #4990 located in Baldwin County, Alabama.

6. Shortly after entering the SAM'S store #4990, GARRISON approached the deli counter to purchase a soft drink.

7. When GARRISON arrived at the deli counter, the floor was dry, and there were no "wet floor" signs or other warnings in the area.

8. Unbeknownst to GARRISON, while she was waiting for her soft drink, a SAM'S and/or WAL-MART employee and/or agent, acting within the line and scope of employment, was mopping the floor on the other side of the deli counter from GARRISON.

9. Unbeknownst to GARRISON, while she was waiting for her soft drink at the SAM'S deli counter, mop water flowed under the deli counter into the area where GARRISON was standing.

10. After GARRISON received her soft drink, as she began to turn and step away from the deli counter and, without any warning, the mop water which had flowed under the deli counter caused GARRISON to slip and fall.

11. GARRISON's fall referenced in the previous paragraph seriously and permanently injured GARRISON's right knee and her back.

12. Thus far, GARRISON has had two knee surgeries, and will require additional surgery to repair damage to her right knee which occurred during the fall referenced above. GARRISON was also required to receive medical treatment for back pain related to the incident.

13. The SAM'S store #4990 premises located at 29683 Frederick Blvd. in Daphne, (Baldwin County), Alabama are owned and/or occupied by SAM'S and/or WAL-MART, and SAM'S and/or WAL-MART, through its employees, are responsible for maintaining and/or keeping said premises in a safe condition for their business invitees.

## COUNT ONE
## NEGLIGENCE

14. GARRISON adopts and realleges the allegations of paragraphs numbered one (1) through thirteen (13) of this Complaint as if fully set forth herein.

15. At the time and place of the incident referenced above, SAM'S and/or WAL-MART were negligent.

16. More specifically, SAM'S and/or WAL-MART were negligent including, but not limited to, as follows:

    (a) Knowingly creating a hazardous condition;

    (b) Failing to warn GARRISON of the hidden hazards they created;

    (c) Failing to follow their own procedures designed to protect their business invitees;

    (d) Maintaining unsafe premises;

    (e)    Negligent, per se, for failing to follow their own procedures designed to protect their business invitees.

17. As a direct and proximate result of the negligence of SAM'S and/or WAL-MART on the occasion referred to above, GARRISON was caused to incur injuries and damages including, but not limited to, as follows:

    (a)    Past, present and future medical expenses;

    (b)    Past, present and future mental anguish;

    (c)    Past, present and future physical injury and pain and suffering;

    (d)    Past, present and future emotional distress;

    (e)    Past, present and future lost wages;

    (f)    Permanent impairment and disfigurement.

WHEREFORE, the premises considered, Plaintiff, ANGELA GARRISON, demands judgment against Defendants, SAM'S EAST, INC., SAM'S EAST, INC. D/B/A SAM'S CLUB and WAL-MART STORES, INC., jointly and severally, in such sum as is determined to be just, reasonable and adequate, plus all costs of this proceeding.

## COUNT TWO
## WANTONNESS

18. GARRISON adopts and realleges the allegations of paragraphs numbered one (1) through seventeen (17) of this Complaint as if fully set forth herein.

19. At the time and place of the incident referenced above, SAM'S and/or WAL-MART were wanton.

20. More specifically, SAM'S and/or WAL-MART were wanton including, but not limited to, as follows:

    (a)    Knowingly creating a hazardous condition;

    (b)    Failing to warn GARRISON of the hidden hazards they created;

(c) Failing to follow their own procedures designed to protect their business invitees;

(d) Maintaining unsafe premises;

(e) Wanton, per se, for failing to follow their own procedures designed to protect their business invitees.

21. As a direct and proximate result of the wantonness of SAM'S and/or WAL-MART on the occasion referred to above, GARRISON was caused to incur injuries and damages including, but not limited to, as follows:

(a) Past, present and future medical expenses;

(b) Past, present and future mental anguish;

(c) Past, present and future physical injury and pain and suffering;

(d) Past, present and future emotional distress;

(e) Past, present and future lost wages;

(f) Permanent impairment and disfigurement.

WHEREFORE, the premises considered, Plaintiff, ANGELA GARRISON, demands judgment against Defendants, SAM'S EAST, INC., SAM'S EAST, INC. D/B/A SAM'S CLUB and WAL-MART STORES, INC., jointly and severally, in such sum as is determined to be just, reasonable and adequate, plus any and all punitive damages allowed by law, plus all costs of this proceeding.

**PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY**

R. JEFFREY PERLOFF, P.C.

s/ *R. Jeffrey Perloff*
R. JEFFREY PERLOFF
Attorney for ANGELA GARRISON
75 St. Michael Street
Mobile, AL  36602
Phone: (251) 338-0369
Fax: (251) 433-6127
PERLR8734
jeff@jeffperlofflaw.com


JACKSON & FOSTER, LLC

s/ *Sidney W. Jackson, III*
SIDNEY W. JACKSON, III
Attorney for ANGELA GARRISON
75 St. Michael Street
Mobile, AL  36602
Phone: (251) 433-6699
Fax: (251) 433-6127
JACKS6441
sid@jacksonfosterlaw.com


**SERVE DEFENDANTS VIA CERTIFIED MAIL AS FOLLOWS:**
SAM'S EAST, INC.
c/o CT Corporation System - Registered Agent
2 N. Jackson Street - Suite 605
Montgomery, AL  36104

SAM'S EAST, INC. D/B/A SAM'S CLUB
c/o CT Corporation System - Registered Agent
2 N. Jackson Street - Suite 605
Montgomery, AL  36104

WAL-MART STORES, INC.
c/o CT Corporation System - Registered Agent
2 N. Jackson Street - Suite 605
Montgomery, AL  36104

6