# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANGELA GARRISON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CASE NO. 1:17-CV-381-C |
| | * |
| SAM'S EAST, INC.; | * |
| SAM'S EAST INC. D/B/A SAM'S | * |
| CLUB; & WAL-MART STORES, INC. | * |
| | * |
| Defendants. | * |

## JUDGMENT

In accordance with the Order granting Defendants' Motion for Summary Judgment, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Defendants, Sam's East, Inc., Sam's East, Inc. d/b/a Sam's Club; and Wal-Mart Stores, Inc., and against Plaintiff, Angela Garrison. It is, therefore, ORDERED that Plaintiff's claims against Defendants are hereby DISMISSED with prejudice. Costs are to be taxed against Plaintiff.

**DONE and ORDERED** this the 3rd day of April, 2019.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**